**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **ARKO VEAL COMPANY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **v.** | ) | |
| | ) | **NO. 1:14-CV-782-MHC** |
| **WESTFIELD INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On October 24, 2014, Defendant filed a Motion to Compel responses to Defendants' interrogatories and request for production of documents to Plaintiff [Doc. 19]. Defendant then filed three "Notice[s] of Extension" in which Defendant indicated that the parties were conferring and that additional time had been provided to Plaintiff in order to comply with Defendant's discovery requests [Docs. 22-24]. Defendant requested that the Court withhold ruling on its motion to compel until December 12, 2014, to enable the matter to be resolved [Doc. 24 at ¶ 5].

On December 12, 2014, Plaintiff submitted a response indicating it has now complied with the parties' agreement, withdrawn its objections, and provided

responses to Defendant's discovery requests [Doc. 25].  As Defendant has filed no reply to Plaintiff's response, this Court presumes the matter has been resolved.

Accordingly, Defendant's Motion to Compel [Doc. 19] is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 8th day of January, 2015.

MARK H. COHEN
United States District Judge