# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARKO VEAL COMPANY, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-CV-782- MHC |
| ) | |
| WESTFIELD INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Arko Veal Company and Defendant Westfield Insurance Company, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), file this Stipulation of Dismissal with Prejudice.

[*SIGNATURES APPEAR ON THE FOLLOWING PAGE*]

Respectfully submitted this 8th day of April, 2015.

| | |
|---|---|
| */s/Scott G. Hunziker* <br> Scott G. Hunziker <br> Admitted Pro Hac Vice <br><br><br> Jeffrey D. Diamond <br> Law Offices of Jeffrey D. Diamond <br> 3330 Cumberland Blvd., Ste. 600 <br> Atlanta, GA 30339 <br> jdiamond@diamlaw.com <br> Local Counsel for Plaintiff <br><br> Attorneys for Plaintiff | /s/ Paul W. Burke <br> Paul W. Burke <br> Georgia Bar No. 095642 <br> Eric R. Mull <br> Georgia Bar No. 556860 <br><br> Drew Eckl & Farnham, LLP <br> 880 W. Peachtree Street <br> Atlanta, Georgia 30309 <br> 404-885-1400 <br> pburke@deflaw.com <br> emull@deflaw.com <br><br> Attorneys for Defendant |

Counsel for the parties certify that this pleading complies with Local Rule 7.1D.

5687963/1
04801-085250